## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH BARRETT on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 20-cv-11464 |
| v. | : : : | |
| VIVINT SOLAR DEVELOPER, LLC and JOHN DOE CORPORATION d/b/a NATIONAL SOLAR PROGRAM | : : : : | |
| Defendants. | : : | |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

The plaintiff files this notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against the defendants.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

/s/ *Anthony I. Paronich*
Anthony I. Paronich
